# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO A. CANO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LELAND MCEWEN, Warden,<br><br>　　　　　Respondent. | Case No. CV 10-0160 AG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: April 30, 2011

_____
　　HON. ANDREW J. GUILFORD
　UNITED STATES DISTRICT JUDGE